# EXHIBIT A



**Your Missouri Courts** .net

Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print

Logon

1731-CC00208 - SUSAN E PRICE V MERCY HEALTH SYSTEM ET AL (E-CASE)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

Sort Date Entries: ◉ Descending ○ Ascending     Display Options: All Entries

**05/05/2020**  **Cert Serv of Rspns to Interrog**
Dft Certificate of Service (Dft Mercy Health System's Objections and Answers to Plt's Second Interrogatories to Dft, Dft Liz Berman's Objections and Answers to Plt's Second Interrogatories to Dft and Dft Kimberly Peterie's Objections and Answers to Plt's Second Interrogatories to Dft); Electronic Filing Certificate of Service./jc
  **Filed By:** TINA G FOWLER
  **On Behalf Of:** MERCY HEALTH SYSTEM, LIZ BERMAN, KIMBERLY PETERIE

**04/30/2020**  **Reply**
Plt's Reply to Dft's Affirmative and Other Defenses to all Counts of Plt's Amended Petition; Electronic Filing Certificate of Service./jc
  **Filed By:** JERRY MICHAEL KIRKSEY
  **On Behalf Of:** SUSAN E PRICE

**04/23/2020**  **Answer Filed**
Dfts Answer to Amended Petition; Electronic Filing Certificate of Service./cr
  **Filed By:** KATHERINE ANN THOMPSON
  **On Behalf Of:** MERCY HEALTH SYSTEM, LIZ BERMAN, DAREN HONEYCUTT, KIMBERLY PETERIE

**04/15/2020**  **Certificate of Service**
Dft Certificate of Service (Dft Mercy's Objections to Plt's Second Requests for Production to Mercy, Dft Mercy's Objections to Plt's Second Interrogatories to Mercy, Dft Mercy's Objections to Plt's Third Interrogatories to Mercy, Dft Liz Berman's Objections to Plt's Second Interrogatories to Liz Berman and Dft Kim Peterie's Objections to Plt's Second Interrogatories to Kim Peterie; Electronic Filing Certificate of Service./jc
  **Filed By:** KATHERINE ANN THOMPSON
  **On Behalf Of:** MERCY HEALTH SYSTEM, LIZ BERMAN, KIMBERLY PETERIE

**04/13/2020**  **Filing:**
Certificate of Officer and Statement of Deposition Charges for the Deposition of Kimberly Peterie./cr
  **Filing:**
Certificate of Officer and Statement of Deposition Charges for the Deposition of Darren Honeycutt./cr

**04/08/2020**  **Amended Motion/Petition Filed**
Amended Petition deemed filed./cr
  **Hearing Held**
KIRKSEY AND THOMPSON.(BY PHONE) PLAINTIFF GRANTED LEAVE TO AMEND WITHOUT OBJECTION AND AMENDED PETITION IS DEEMED FILED. 15 DAYS TO ANSWER. JRB/dlb
  Scheduled For: 04/08/2020; 9:00 AM; JASON R BROWN; Greene

**03/18/2020**  **Civil Motion Hearing Scheduled**
  Associated Entries: 04/08/2020 - Hearing Held ±
  Scheduled For: 04/08/2020; 9:00 AM; JASON R BROWN; Greene

**Notice of Hearing Filed**
Plt Notice of Hearing as to its Motion for Leave. Set for 4-8-20 at 9:00am; Electronic Filing Certificate of Service./jc
    **Filed By:** JERRY MICHAEL KIRKSEY
    **On Behalf Of:** SUSAN E PRICE

03/16/2020 **Certificate of Service**
Plt Certificate of Service (Plt's Second Set of Interrogatories to Dft Mercy Health System, Plt's Second Set of Request for Production to Dft Mercy Health System, Plt's Second Set of Interrogatories to Dft Liz Berman and Plt's Second Set of Interrogatories to Dft Kimberly Peterie); Electronic Filing Certificate of Service./jc
    **Filed By:** JERRY MICHAEL KIRKSEY
    **On Behalf Of:** SUSAN E PRICE

**Cert Serv of Interrog Filed**
Plts Certificate of Service (Plt's Third Set of Interrogatories to Dft Mercy Health System); Electronic Filing Certificate of Service./jc
    **Filed By:** JERRY MICHAEL KIRKSEY
    **On Behalf Of:** SUSAN E PRICE

03/13/2020 **Certificate of Service**
Plt Certificate of Service (Plt's Second Set of Interrogatories to Dft Mercy Health System, Plt's Second Set of Request for Production to Dft Mercy Health System, Plt's Second Set of Interrogatories to Dft Liz Berman and Plt's Second Set of Interrogatories to Dft Kimberly Peterie); Electronic Filing Certificate of Service./jc
    **Filed By:** JERRY MICHAEL KIRKSEY
    **On Behalf Of:** SUSAN E PRICE

**Amended Motion/Petition Filed**
Plt Amended Petition; Exhibit A thru C; Electronic Filing Certificate of Service./jc ***Above docket entry should read: Plts Proposed Amended Petition; Exhibit A thru C; Electronic Filing Certificate of Service./jc***
    **Filed By:** JERRY MICHAEL KIRKSEY

**Motion for Leave**
Plt's Motion for Leave to File Amended Petition; Electronic Filing Certificate of Service./jc
    **Filed By:** JERRY MICHAEL KIRKSEY

01/14/2020 **Jury Trial Scheduled**
    Scheduled For: 11/30/2020; 8:30 AM ; JASON R BROWN; Greene
**Pre-trial Conference Scheduled**
    Scheduled For: 11/24/2020; 2:30 PM ; JASON R BROWN; Greene
**Civil Setting Scheduled**
    Scheduled For: 10/06/2020; 8:45 AM ; JASON R BROWN; Greene
**Hearing Held**
J. ANKROM AND K. THOMPSON (FOWLER). JURY TRIAL SET AS FOLLOWS: 11/30/2020 AT 8:30 AM (3*4 DAYS). PRE-TRIAL CONFERENCE SET 11/24/2020 AT 2:30 PM. DOCKET CALL SET 10/06/2020 AT 8:45 AM (NO MOTIONS TO BE SET FOR HEARING AT THIS TIME). MEDIATION ORDERED COMPLETED BY 09/25/2020. (ALL PERSONS NECESSARY FOR SETTLEMENT AUTHORITY MUST PHYSICALLY ATTEND IN PERSON, ABSENT AGREEMENT OF COUNSEL OR COURT APPROVAL.) FAILURE TO ABIDE BY THIS MEDIATION DEADLINE, ABSENT GOOD CAUSE, MAY RESULT IN THIS TRIAL DATE BEING STRICKEN. JRB/dlb
    Scheduled For: 01/14/2020; 9:30 AM ; JASON R BROWN; Greene

12/31/2019 **Case Mgmt Conf Scheduled**
    Associated Entries: 01/14/2020 - Hearing Held
    Scheduled For: 01/14/2020; 9:30 AM ; JASON R BROWN; Greene
**Hearing/Trial Cancelled**
    Scheduled For: 05/04/2020; 8:30 AM ; JASON R BROWN; Greene
**Hearing/Trial Cancelled**
    Scheduled For: 04/30/2020; 2:30 PM ; JASON R BROWN; Greene

|  |  |
|---|---|
|  | **Hearing/Trial Cancelled**<br>Scheduled For: 04/07/2020; 8:45 AM ; JASON R BROWN; Greene<br>**Motion Granted/Sustained**<br>DEFT'S BY K. THOMPSON. NO OTHER APPEARANCES. JURY TRIAL AND RELATED DATES ARE NOW CONTINUED, WITHOUT OBJECTION. SCHEDULING CONFERENCE SET 1/14/2020 AT 9:30AM, AS BACK UP TO JURY TRIAL. JRB/dlb<br>Associated Entries: 12/20/2019 - Civil Motion Hearing Scheduled<br>Scheduled For: 12/31/2019; 9:00 AM ; JASON R BROWN; Greene |
| 12/20/2019 | **Civil Motion Hearing Scheduled**<br>Associated Entries: 12/31/2019 - Motion Granted/Sustained<br>Scheduled For: 12/31/2019; 9:00 AM ; JASON R BROWN; Greene |
| 12/19/2019 | **Notice of Hearing Filed**<br>Dfts Notice of Hearing as to its Motion for Continuance of Trial Setting, Set for 12-31-19 at 9:00 AM; Electronic Filing Certificate of Service./ba<br>Filed By: TINA G FOWLER<br>On Behalf Of: MERCY HEALTH SYSTEM, LIZ BERMAN, DAREN HONEYCUTT, KIMBERLY PETERIE<br>**Motion for Continuance**<br>Dfts Motion for Continuance of Trial Setting, Sent to Court 12-20-19 at 8:53 AM; Electronic Filing Certificate of Service./ba<br>Filed By: TINA G FOWLER |
| 11/08/2019 | **Notice to Take Deposition**<br>Plts Amended Notice to Take the Videotaped Deposition of Liz Berman; Electronic Filing Certificate of Service./ba<br>Filed By: JERRY MICHAEL KIRKSEY<br>On Behalf Of: SUSAN E PRICE<br>**Notice to Take Deposition**<br>Plts Amended Notice to Take the Videotaped Deposition of Kimberly Peterie; Electronic Filing Certificate of Service./ba<br>Filed By: JERRY MICHAEL KIRKSEY<br>**Notice to Take Deposition**<br>Plts Amended Notice to Take the Videotaped Deposition of Daren Honeycutt; Electronic Filing Certificate of Service./ba<br>Filed By: JERRY MICHAEL KIRKSEY |
| 11/04/2019 | **Notice to Take Deposition**<br>Dfts Amended Notice to Take Video Deposition (Susan Price); Electronic Filing Certificate of Service./ba<br>Filed By: KATHERINE ANN THOMPSON<br>On Behalf Of: MERCY HEALTH SYSTEM |
| 10/25/2019 | **Cert Serv Resp Req Prod Doc Th**<br>Dfts Certificate of Service (Dft Mercy's First Supplemental Objections and Answers to Plts First Requests for Production); Electronic Filing Certificate of Service./cr<br>Filed By: KATHERINE ANN THOMPSON<br>On Behalf Of: MERCY HEALTH SYSTEM, LIZ BERMAN, DAREN HONEYCUTT, KIMBERLY PETERIE |
| 10/15/2019 | **Notice to Take Deposition**<br>Plts Amended Notice to Take the Deposition of Liz Berman; Electronic Filing Certificate of Service./dd<br>Filed By: JERRY MICHAEL KIRKSEY<br>On Behalf Of: SUSAN E PRICE |
| 07/16/2019 | **Notice to Take Deposition**<br>Plts Notice to Take The Deposition of Liz Berman; Electronic Filing Certificate of Service./dd<br>Filed By: JERRY MICHAEL KIRKSEY |

**On Behalf Of:** SUSAN E PRICE

**Notice to Take Deposition**
Plts Notice to Take The Deposition of Kimberly Peterie; Electronic Filing Certificate of Service./dd
  **Filed By:** JERRY MICHAEL KIRKSEY

**Notice to Take Deposition**
Plts Notice to Take The Deposition of Daren Honeycutt; Electronic Filing Certificate of Service./dd
  **Filed By:** JERRY MICHAEL KIRKSEY

**Notice to Take Deposition**
Dfts Notice to Take Video Deposition (Susan Price); Electronic Filing Certificate of Service./dd
  **Filed By:** KATHERINE ANN THOMPSON
  **On Behalf Of:** MERCY HEALTH SYSTEM, LIZ BERMAN, DAREN HONEYCUTT, KIMBERLY PETERIE

06/24/2019 **Certificate of Service**
Plts Certificate of Service (Plts Answers to Dfts First Set of Interrogatories to Plt and Plts Response to Dfts First Request for Production of Documents to Plt) Electronic Filing Certificate of Service./ba
  **Filed By:** JERRY MICHAEL KIRKSEY
  **On Behalf Of:** SUSAN E PRICE

06/05/2019 **Jury Trial Scheduled**
  Associated Entries: 12/31/2019 - Hearing/Trial Cancelled
  Scheduled For: 05/04/2020; 8:30 AM ; JASON R BROWN; Greene

**Pre-trial Conference Scheduled**
  Associated Entries: 12/31/2019 - Hearing/Trial Cancelled
  Scheduled For: 04/30/2020; 2:30 PM ; JASON R BROWN; Greene

**Civil Setting Scheduled**
  Associated Entries: 12/31/2019 - Hearing/Trial Cancelled
  Scheduled For: 04/07/2020; 8:45 AM ; JASON R BROWN; Greene

**Hearing Held**
FICK AND THOMPSON. JURY TRIAL SET AS FOLLOWS: 5/4/2020 AT 8:30 AM (4 DAYS). PRE-TRIAL CONFERENCE SET 4/30/2020 AT 2:30 PM. DOCKET CALL SET 4/7/2020 AT 8:45 AM. MEDIATION ORDERED COMPLETED BY 3/27/2020. (ALL PERSONS NECESSARY FOR SETTLEMENT AUTHORITY MUST PHYSICALLY ATTEND IN PERSON, ABSENT AGREEMENT OF COUNSEL OR COURT APPROVAL.) FAILURE TO ABIDE BY THIS MEDIATION DEADLINE, ABSENT GOOD CAUSE, MAY RESULT IN THIS TRIAL DATE BEING STRICKEN. PLAINTIFF ORDERED TO SUPPLEMENT WRITTEN DISCOVERY RESPONSES WITH IN 20 DAYS. JRB/ear
  Scheduled For: 06/05/2019; 9:30 AM ; JASON R BROWN; Greene

06/03/2019 **Amended Notice of Hrng Filed**
Dfts Amended Notice of Hearing. Sent to Court 6-3-19 at 2:33 PM; Electronic Filing Certificate of Service./dd
  **Filed By:** KATHERINE ANN THOMPSON
  **On Behalf Of:** MERCY HEALTH SYSTEM, LIZ BERMAN, DAREN HONEYCUTT, KIMBERLY PETERIE

**Civil Motion Hearing Scheduled**

**Motion to Shorten Time**
Dfts Motion to Shorten Time; Electronic Filing Certificate of Service./dd
  **Filed By:** KATHERINE ANN THOMPSON
  **On Behalf Of:** MERCY HEALTH SYSTEM, LIZ BERMAN, DAREN HONEYCUTT, KIMBERLY PETERIE

**Notice of Hearing Filed**
Dfts Notice of Hearing as to its Motion to Compell Plts Discovery Responses. Set for 6-6-19 at 9:00 AM; Electronic Filing Certificate of Service./dd
  **Filed By:** KATHERINE ANN THOMPSON

**Motion to Compel**
Dfts Motion to Compel Plts Discovery Responses; Electronic Filing Certificate of Service./dd
  **Filed By:** KATHERINE ANN THOMPSON

| Date | Entry |
|---|---|
| 04/15/2019 | **Civil Setting Scheduled**<br>Associated Entries: 06/05/2019 - Hearing Held<br>Scheduled For: 06/05/2019; 9:30 AM ; JASON R BROWN; Greene<br>**Judge/Clerk - Note**<br>SCHEDULING CONFERENCE SET 06/05/19 AT 9:30 AM. JRB/jlf |
| 08/17/2018 | **Certificate of Service**<br>Dfts Certificate of Service (1.Dfts Objections and Answers to Plts First Interrogatories to all Dfts; and 2.Dfts Objections and Responses to Plts First Request for Produciton of Documents to all Dfts) Electronic Filing Certificate of Service./ba<br>   **Filed By:** KATHERINE ANN THOMPSON<br>   **On Behalf Of:** MERCY HEALTH SYSTEM, LIZ BERMAN, DAREN HONEYCUTT, KIMBERLY PETERIE |
| 07/18/2018 | **Certificate of Service**<br>Plts Certificate of Service (1.Plts First Set of Interrogatories to Dft Mercy Health System; 2.Plts First Set of Request for Production to Dft Mercy Health System; 3.Plts First Set of Interrogatories to Dft Liz Berman; 4.Plts First Set of Requests for Production to Dft Liz Berman; 5.Plts First Set of Interrogatories to Dft Daren Honeycutt; 6.Plts First Set of Request for Production to Dft Daren Honeycutt; 7.Plts First Set of Interrogatories to Dft Kimberly Peterie; 8.Plts First Set of Request for Production to Dft Kimberly Peterie) Electronic Filing Certificate of Service./bk<br>   **Filed By:** JERRY MICHAEL KIRKSEY<br>   **On Behalf Of:** SUSAN E PRICE |
| 06/18/2018 | **Certificate of Service**<br>Plts Certificate of Service (Plts Objections to Dfts First Interrogatories to Plt and Plts Objections to Dfts First Request for Production of Documents to Plt) Electronic Filing Certificate of Service./bk<br>   **Filed By:** JERRY MICHAEL KIRKSEY<br>   **On Behalf Of:** SUSAN E PRICE |
| 05/17/2018 | **Certificate of Service**<br>Dfts Certificate of Service (Dfts First Interrogatories to Plt and Dfts First Request for Production of Documents to Plt); Electronic Filing Certificate of Service./cb<br>   **Filed By:** KATHERINE ANN THOMPSON<br>   **On Behalf Of:** MERCY HEALTH SYSTEM, LIZ BERMAN, DAREN HONEYCUTT, KIMBERLY PETERIE |
| 03/31/2017 | **Entry of Appearance Filed**<br>Entry of Appearance by Atty Katherine A ODell on behalf of Dft Kimberly Peterie; Electronic Filing Certificate of Service/mrh<br>   **Filed By:** KATHERINE ANN THOMPSON<br>**Entry of Appearance Filed**<br>Entry of Appearance by Atty Katherine A ODell on behalf of Dft Daren Honeycutt; Electronic Filing Certificate of Service./mrh<br>   **Filed By:** KATHERINE ANN THOMPSON<br>**Entry of Appearance Filed**<br>Entry of Appearance by Atty Katherine A ODell on behalf of Dft Liz Berman; Electronic Filing Certificate of Service./mrh<br>   **Filed By:** KATHERINE ANN THOMPSON<br>**Entry of Appearance Filed**<br>Entry of Appearance by Atty Katherine A ODell on behalf of Dft Mercy Health System; Electronic Filing Certificate of Service./mrh<br>   **Filed By:** KATHERINE ANN THOMPSON |
| 03/30/2017 | **Answer Filed**<br>Dfts Answer to Petition; Electronic Filing Certificate of Service./mrh<br>   **Filed By:** TINA G FOWLER |

| | |
|---|---|
| | **On Behalf Of:** MERCY HEALTH SYSTEM, LIZ BERMAN, DAREN HONEYCUTT, KIMBERLY PETERIE |
| 02/28/2017 | **Return Service - Other**<br>Document ID - 17-SMCC-394; Served To - HONEYCUTT, DAREN; Server - GREENE COUNTY SHERIFF; Served Date - 28-FEB-17; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - Left with Ellen Finch in Legal Services<br>**Return Service - Other**<br>Document ID - 17-SMCC-395; Served To - PETERIE, KIMBERLY; Server - GREENE COUNTY SHERIFF; Served Date - 28-FEB-17; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - Left with Ellen Fench in Legal Services<br>**Return Service - Other**<br>Document ID - 17-SMCC-392; Served To - MERCY HEALTH SYSTEM; Server - GREENE COUNTY SHERIFF; Served Date - 28-FEB-17; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - By serving Ellen Finch - Legal Services<br>**Return Service - Other**<br>Document ID - 17-SMCC-393; Served To - BERMAN, LIZ; Server - GREENE COUNTY SHERIFF; Served Date - 28-FEB-17; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - Left with Ellen Finch in Legal Services |
| 02/16/2017 | **Summons Issued-Circuit**<br>Document ID: 17-SMCC-395, for PETERIE, KIMBERLY. Summons saved and attached in PDF format for Attorney to retrieve from secure case.net./me<br>**Summons Issued-Circuit**<br>Document ID: 17-SMCC-394, for HONEYCUTT, DAREN. Summons saved and attached in PDF format for Attorney to retrieve from secure case.net./me<br>**Summons Issued-Circuit**<br>Document ID: 17-SMCC-393, for BERMAN, LIZ. Summons saved and attached in PDF format for Attorney to retrieve from secure case.net./me<br>**Summons Issued-Circuit**<br>Document ID: 17-SMCC-392, for MERCY HEALTH SYSTEM. Summons saved and attached in PDF format for Attorney to retrieve from secure case.net./me |
| 02/14/2017 | **Filing Info Sheet eFiling**<br>   **Filed By:** JERRY MICHAEL KIRKSEY<br>**Pet Filed in Circuit Ct**<br>Plts Petition; Exhibit A; Exhibit B; Exhibit C /me<br>   **On Behalf Of:** SUSAN E PRICE<br>**Judge Assigned** |